IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jackie Robinson

Civil Case # 1:18-cv-00799-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Rosalyn Robinson-Smith, surviving daughter of Jackie Robinson, and files this motion to substitute. Rosalyn Robinson-Smith is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Jackie Robinson filed his Short Form Complaint in the United States District Court for the Southern District of Indiana on March 13, 2018.

2. Plaintiff Jackie Robinson died on or about July 19, 2025.

3. On September 24, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27173. Plaintiff's counsel recently learned of the death of Jackie Robinson after contacting his daughter.

4. Rosalyn Robinson-Smith, surviving daughter of Jackie Robinson, is the proper party plaintiff to substitute for Plaintiff-decedent Jackie Robinson and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

1

25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Rosalyn Robinson-Smith, as Heir and Representative of the Estate of Jackie Robinson, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Rosalyn Robinson-Smith, as Heir and Representative of the Estate of Jackie Robinson, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Jackie Robinson is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Rosalyn Robinson-Smith, as Heir and Representative of the Estate of Jackie Robinson, Deceased, as Party Plaintiff for Jackie Robinson; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-00799-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: December 18, 2025.

        Respectfully Submitted,

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon, TX Bar No. 01284275
        **Ben Martin Law Group, PLLC**
        3500 Maple Avenue, Suite 400
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        tarbon@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon